

| | | | |
|---|---|---|---|
| Com. v. White | 2418 EDA 2015 Affirmed | 02/21/2017 | CP–51–CR–0010642–2013 (Philadelphia) |
| Com. v. Heath | 2577 EDA 2015 Affirmed | 02/21/2017 | CP–39–CR–0001175–2014 (Lehigh) |
| In re Estate of Burrell | 2624 EDA 2015 Affirmed, Reversed and Remanded | 02/21/2017 | Control No. 141963 O.C. No. 805 DE of 2013 (Philadelphia) |
| Com. v. Robinson | 2785 EDA 2015 Reversed and Remanded | 02/21/2017 | CP–15–CR–0002459–2014 (Chester) |
| In the Matter of Bush; Appeal of Bush [16] | 3207 EDA 2015 Affirmed | 02/21/2017 | 1509–1720 (Chester) |
| Com. v. Burnett | 179 EDA 2016 Affirmed | 02/21/2017 | CP–51–CR–0015406–2008 (Philadelphia) |
| Com. v. Feliciano | 1087 EDA 2016 Affirmed | 02/21/2017 | CP–48–CR–0001643–1998 (Northampton) |
| Com. v. Williams | 1224 EDA 2016 Affirmed | 02/21/2017 | CP–39–CR–0003755–2009 (Lehigh) |
| Com. v. Bussey | 2443 EDA 2016 Affirmed | 02/21/2017 | CP–09–CR–0001185–1974 (Bucks) |
| Com. v. Adkins | 160 MDA 2016 Affirmed | 02/21/2017 | CP–21–CR–0003343–2013 (Cumberland) |
| Com. v. Basehoar | 274 MDA 2016 Affirmed | 02/21/2017 | CP–21–CR–0001367–2015 (Cumberland) |
| Com. v. Lee | 512 MDA 2016 Affirmed | 02/21/2017 | CP–14–CR–0000333–2005 CP–14–CR–0000334–2005 CP–14–CR–0000335–2005 CP–14–CR–0000336–2005 CP–14–CR–0000793–2005 (Centre) |
| Com. v. Rivas–Rivera [17] | 518 MDA 2016 Affirmed | 02/21/2017 | CP–36–CR–0000099–2012 CP–36–CR–0000100–2012 CP–36–CR–0000101–2012 CP–36–CR–0000102– |

16. Petition for reargument denied April 24, 2017.
17. Petition for reargument denied March 27, 2017.

| | | | 2012<br>CP–36–CR–0000108–2012<br>CP–36–CR–0000120–2012<br>(Lancaster) |
| --- | --- | --- | --- |
| Computer Aid, Inc. v. Ferree ........... | 525 MDA 2016<br>Affirmed | 02/21/2017 | 2016 CV 1336 EQ<br>(Dauphin) |
| Com. v. Maier ....................... | 755 MDA 2016<br>Affirmed | 02/21/2017 | CP–54–CR–0000568–1989<br>(Schuylkill) |
| Com. v. Sanchez ..................... | 756 MDA 2016<br>Affirmed | 02/21/2017 | CP–01–CR–0000571–2015<br>(Adams) |
| Com. v. Sherrill ..................... | 761 MDA 2016<br>Affirmed | 02/21/2017 | CP–22–CR–0000006–2005<br>(Dauphin) |
| Com. v. Ruiz......................... | 860 MDA 2016<br>Affirmed | 02/21/2017 | CP–06–CR–0003038–2012<br>(Berks) |
| S.A.G. v. R.L.B., Jr. .................. | 911 MDA 2016<br>Affirmed | 02/21/2017 | 2013–00282<br>(Lancaster) |
| Com. v. House ....................... | 917 MDA 2016<br>Affirmed | 02/21/2017 | CP–22–CR–0001459–2013<br>(Dauphin) |
| Com. v. Knight ...................... | 1019 MDA 2016<br>Affirmed | 02/21/2017 | CP–06–CR–0001233–2014<br>(Berks) |
| Diaz v. Aiken [18] ..................... | 1087 MDA 2016<br>Quashed | 02/21/2017 | 2015–1304<br>(Susquehanna) |
| Com. v. Gordner ..................... | 1183 MDA 2016<br>Affirmed | 02/21/2017 | CP–57–CR–0000011–2016<br>(Sullivan) |
| Brobst v. Brobst ..................... | 1212 MDA 2016<br>Affirmed | 02/21/2017 | 15–13571<br>(Berks) |
| In the Interest of: K.K. ............... | 1445 MDA 2016<br>Affirmed | 02/21/2017 | CP–21–DP–0000075–2010<br>(Cumberland) |
| Com. v. Kerrick ...................... | 1452 MDA 2016<br>Affirmed | 02/21/2017 | CP–59–CR–0000020–2013<br>(Tioga) |
| In the Adoption of K.K.; Appeal of<br> K.J.D.............................. | 1458 MDA 2016<br>Affirmed | 02/21/2017 | 55 Adoptions 2016<br>(Cumberland) |
| J.R. v. L.T........................... | 1870 WDA 2015<br>Affirmed | 02/21/2017 | FD 07–003697–004<br>(Allegheny) |
| J.R. v. L.T........................... | 2002 WDA 2015<br>Affirmed | 02/21/2017 | FD 07–003697–004<br>(Allegheny) |
| J.R. v. L.T........................... | 456 WDA 2016<br>Affirmed | 02/21/2017 | FD07–003697–004<br>(Allegheny) |

18. Petition for reargument denied April 5, 2017.